Decided June 19, 2001

## ERNEST FRANCIS *v.* COMMISSIONER OF CORRECTION

The petitioner Ernest Francis' petition for certification for appeal from the Appellate Court, 63 Conn. App. 282 (AC 18926), is denied.

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided June 19, 2001